```
Scott Sagaria (State Bar No.217981)
Elliot Gale (State Bar No. 263326)
Joe Angelo (State Bar No. 268542)
SAGARIA LAW, P.C.
2033 Gateway Place, 5th Floor
San Jose, California 95110
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff
```

*IT IS SO ORDERED*
Judge Edward J. Davila
DATED: 9/15/2015

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| PEGGY BALMER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; ET. AL.,<br><br>　　　　Defendants. | Federal Case No.: 5:15-CV-03056-ejd<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT CREDIT ONE BANK, N.A. ONLY** |

**PLEASE TAKE NOTICE** that Plaintiff Peggy Balmer, pursuant to Federal rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses Defendant Credit One Bank, N.A. as to all claims in this action.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

41(a) Voluntary Dismissal.

　　(1) By the Plaintiff.

　　　　(a) *Without a Court Order.* Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a

---
1
NOTICE OF VOLUNTARY DISMISSAL

court order by filing:

    (1)  a notice of dismissal before the opposing party service either an answer or a motion for summary judgment.

Defendant Plain Credit One Bank, N.A. has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment.  Accordingly, the matter may be dismissed against it for all purposes and without an Order of the Court.

DATED:  September 14, 2015    SAGARIA LAW
A Professional Corporation

By:    /s/Elliot W. Gale
             Elliot W. Gale

Attorneys for Plaintiff Peggy Balmer