UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

PEGGY BALMER,

          Plaintiff,

    v.

TRANS UNION , LLC, et al.,

          Defendants.

Case No.  5:15-cv-03056-EJD

**ORDER DISCHARING ORDER TO SHOW CAUSE; DISMISSING DEFENDANT**

On September 23, 2015, the court ordered Plaintiff Peggy Balmer ("Plaintiff") to either file documents showing that service of process had been completed on certain defendants or show cause in writing why she failed to accomplish service within 120 days required by Federal Rule of Civil Procedure 4(m).  See Docket Item No. 30.  Plaintiff filed a return to the OSC on September 30, 2015, in which she produced documents demonstrating that First National Credit Card, Inc. was served.  Accordingly, the OSC is DISCHARGED as to that defendant.

However, Plaintiff has not demonstrated service on TransUnion, LLC.  Nor does the court find that Plaintiff's excuse for her failure to timely accomplish service constitutes good cause.  See Hamilton v. Endell, 981 F.2d 1062, 1065 (9th Cir. 1992) (explaining that "inadvertent error or ignorance of governing rules alone will not excuse a litigant's failure to effect timely service.").  Accordingly, all claims against TransUnion, LLC are DISMISSED WITHOUT PREJUDICE.

    **IT IS SO ORDERED.**

Dated:  October 1, 2015

_____
EDWARD J. DAVILA
United States District Judge

United States District Court
Northern District of California

1

Case No.: 5:15-cv-03056-EJD
ORDER DISCHARING ORDER TO SHOW CAUSE; DISMISSING DEFENDANT