1  Scott Sagaria (State Bar No.217981)
   Elliot Gale (State Bar No. 263326)
2  Joe Angelo (State Bar No. 268542)
   SAGARIA LAW, P.C.
3  2033 Gateway Place, 5th Floor
   San Jose, California 95110
4  Telephone: (408) 279-2288
   Facsimile: (408) 279-2299
5
   Attorneys for Plaintiff
6

**IT IS SO ORDERED**
Judge Edward J. Davila
DATED: 3/7/2016

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| PEGGY BALMER,<br><br>    Plaintiff,<br><br>    vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; et. al.,<br><br>    Defendants. | Federal Case No.: 5:15-CV-03056-EJD<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT FIRST NATIONAL CREDIT CARD, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)** |

**PLEASE TAKE NOTICE** that Plaintiff Peggy Balmer, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses Defendant First National Credit Card, Inc. as to all claims in this action.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

41(a) Voluntary Dismissal

(1) By the Plaintiff

(a) Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

1  (1) a notice of dismissal before the opposing party serves either an answer
2  or a motion for summary judgment.
3  Defendant First National Credit Card, Inc. has neither answered Plaintiff's Complaint, nor
4  filed a motion for summary judgment.  Accordingly, the matter may be dismissed against it for all
5  purposes and without an Order of the Court.

7  Dated: March 4, 2016                           Sagaria Law, P.C.

                                                 By:   */s/ Elliot W. Gale*
                                                        Elliot W. Gale
                                                 Attorneys for Plaintiff
                                                 Peggy Balmer